

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2025

No. 04-24-00812-CV

Joey **KIRKLAND**,
Appellant

v.

**SELECT DEDICATED SOLUTIONS, LLC** and Humberto Mejia Herrera,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2023CVA000226D2
Honorable Monica Z. Notzon, Judge Presiding

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

In accordance with this court's opinion of this date, we **DISMISS** this appeal. Costs of the appeal are taxed against Appellant.

It is so **ORDERED** on April 2, 2025.

_H. Todd McCray_
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2025.

_Luz Estrada_
Luz Estrada, Chief Deputy Clerk